IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| KRISTI ROGERS,<br><br>      Plaintiff,<br><br>v.<br><br>MELCHER-DALLAS COMMUNITY SCHOOL DISTRICT and STEVE MITCHELL,<br><br>      Defendants. | NO. 4:11-cv-00488-RAW<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**COME NOW** the parties and hereby jointly stipulate to the dismissal of the above-captioned matter with prejudice.

        **PATTERSON LAW FIRM, L.L.P.**
        505 5th Avenue, Suite 729
        Des Moines, IA  50309
        Phone:  515-283-2147
        FAX:    515-283-1002
        E-mail: bmerrill@pattersonfirm.com

        By: /s/ Benjamin R. Merrill
            Benjamin R. Merrill   AT0009789

        **ATTORNEY FOR PLAINTIFF.**


        **BRADHSAW, FOWLER, PROCTOR & FAIRGRAVE, P.C.**

        By: /s/ Patrick D. Smith (xBRM)
            Patrick D. Smith   AT0007392
        801 Grand Avenue, Suite 3700
        Des Moines, IA  50309-8004
        Phone: (515) 246-5891
        Fax:   (515) 246-5808
        smith.patrick@bradshawlaw.com

        **ATTORNEY FOR DEFENDANTS.**

Original filed.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 19th day of September, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which, pursuant to Local Rule 5.3(k)(1), will send a notice of electronic filing to the following:

Patrick D. Smith
BRADSHAW, FOWLER,
PROCTOR & FAIRGRAVE, P.C.
801 Grand Avenue, Suite 3700
Des Moines, IA  50309-8004

*Rose Limke*
Rose Limke